# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELIZABETH TORRES,

    Plaintiff,

v.                                               Case No: 8:16-cv-1330-T-30MAP

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #16).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record